AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

## APPEARANCE

Case Number: 08-CV-1482

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/17/2008 | *(signature)* |
| Date | Signature |
| | Ami Shah — AS7812 |
| | Print Name — Bar Number |
| | Wilson Elser Moskowitz Edelman & Dicker LLP, 3 Gannett Dr |
| | Address |
| | White Plains — NY — 10604 |
| | City — State — Zip Code |
| | (914) 323-7000 — (914) 323-7001 |
| | Phone Number — Fax Number |