AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

### APPEARANCE

Case Number: 08-cv-1482

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/11/2008 | [signature] |
| Date | Signature |
| | Fred N. Knopf     FNK 4625 |
| | Print Name     Bar Number |
| | Wilson Elser Moskowitz Edelman & Dicker LLP, 3 Gannet Dr |
| | Address |
| | White Plains     NY     10604 |
| | City     State     Zip Code |
| | (914) 323-7000     (914) 323-7001 |
| | Phone Number     Fax Number |