# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604   Tel: (914) 323-7000   Fax: (914) 323-7001

New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY
Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • Stamford • London
Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich

www.wilsonelser.com

ami.shah@wilsonelser.com

April 9, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```

**By Facsimile (212) 805-7924**

Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

**MEMO ENDORSED**

Re:   *The United States Life Insurance Company in the City of New York vs. Santana*
      Case No.      :   08-CV-1482
      Our File No.  :   07478.00219

Dear Judge Stein:

We represent the Plaintiff The United States Life Insurance Company in the City of New York in the referenced matter. We write to adjourn the April 11, 2008 Pretrial Conference due to the fact that one of the Defendants has yet to be served with the Complaint. The Defendant Francisco Antonio Gomez resides in the Dominican Republic. Since the Dominican Republic is not a party to The Hague Convention, we must use alternate means for service of process. We are presently in the process of sending the initiating documents in the matter to a process server who specializes in overseas service and has indicated that it will most likely take 2 to 3 weeks for service of process to be effectuated. Once the Defendant is served with the Complaint, we would like to provide him with some time to respond to the Complaint. For this reason we request an adjournment of the Pretrial Conference for 6-8 weeks.

Thank you for your consideration.

Respectfully submitted,

*The conference is adjourned to 5/23/08, at 10:30 a.m.*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Ami Shah

SO ORDERED 4/9/08

SIDNEY H. STEIN
U.S.D.J.

AS:al

1949718.1

Page 2

cc:   Mr. Jorge Santana

Apr. 9. 2008 10:38AM   Case 1:08-cv-01482-SHS   Document 6   Filed 04/09/2008   Page 2 of 2   No. 1940   P. 2

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1949718.1