# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 08-CIV-1482

THE UNITED STATES LIFE INSURANCE COMPANY
IN THE CITY OF NEW YORK,
                *Plaintiff,*

-against-

JORGE LUIS SANTANA, executor for Estate of MARIA
CORCINO PENA and FRANCISCO ANTONIO GOMEZ,
                *Defendants.*

State Of New York, County of New York SS:
JOLANTYNA CAGNEY
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the 4TH day of MARCH 2008, At: 8:53 PM

At: 1309 91ST STREET, NORTH BERGEN, NEW JERSEY 07047

Deponent served the Annexed: **WAIVER OF SERVICE OF SUMMONS (NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS), COMPLAINT FOR DECLARATORY JUDGMENT**

Upon: JORGE L. SANTANA

### PERSONAL SERVICE ON AN INDIVIDUAL

An individual, by delivering thereat a true copy to **JORGE L. SANTANA** personally; deponent asked the person spoken to if he was the named defendant, and he replied in the affirmative. Upon this information and belief, deponent knew that the person spoken to was the named defendant:
**JORGE L. SANTANA**

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: MALE Color: BROWN Hair: BLACK App. Age: 48 App. Ht: 5'10" App. Wt. 230
Other identifying features:

Sworn to before me this 5TH
day of MARCH 2008

MICHAEL PEREZ
Notary Public, State of New York
No. 01PE6065326
Qualified in Queens County
Commission Expires Oct. 15, 2009

JOLANTYNA CAGNEY 116-9105