

```
Dominican Republic            )
National District             )
Santo Domingo                 )    ss:
Embassy of the United States  )
  of America                  )
```

I certify that on this day the individual(s) named below appeared before me and, being duly sworn, made the statements set forth in the attached instrument.

<u>Hancel Wendy Diaz Sanchez</u>
(Typed Name(s) of Affiant(s))

_____
(Signature of Consular Officer)

KARAN E. SWANER
Vice Consul
_____
(Typed Name of Consular Officer)

Vice Consul of the United States of America

**1 3 MAYO 2008**
_____
(Date)

[Seal]

# AFFIDAVIT

Court: UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, Plaintiff,
v.

JORGE LUIS SANTANA, et al., Defendants

Index No.: 08-CV-1482

The Dominican Republic     )
                           ) ss.
City of Santo Domingo      )

I declare that I, **HANCEL WENDY DIAZ SANCHEZ**, Dominican citizen, identification no. 001-0945495-9, am an attorney licensed to practice law in the Dominican Republic, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

Service upon **Francisco Antonio Gomez**, was accomplished by personally delivering the Summons, Waiver of Service of Summons, Rule 7.1 Statement, Complaint for Declaratory Judgment, with Exhibits, bearing Index No. 08-CV-1482, personally and in person to Francisco Antonio Gomez by leaving with: LUISA INES ALMANZAR, who is attorney to Mr. Francisco Antonio Gomez, At the address of: Plaza Jiminian, Modulo 210, calle Juan Rodriguez esq. Colon, city of La Vega, Dominican Republic, on the thirtieth (30th) day of April, two thousand and eight (2008) at four o'clock in the afternoon (4:00 pm)

**Description of person receiving documents:**

Race: Latin; Hair color: Black; Height: 5'2; Weight: 130 lbs.; Gender Female; Age: around 35.

Signature of Server _____

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2008.

_____
Notary