UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
THE UNITED STATES LIFE INSURANCE COMPANY :
IN THE CITY OF NEW YORK,                                                Case No. 08 Civ. 1482
                                                                :
             Plaintiff,
                                                                :       Hon. Sidney H. Stein
     v.
                                                                :
JORGE LUIS SANTANA, executor for Estate of MARIA        **NOTICE OF MOTION**
CORCINO PENA, and FRANCISCO ANTONIO GOMEZ,:

            Defendants.                        :

                                                                :
------------------------------------------------------------------ X

      **PLEASE TAKE NOTICE** that upon the annexed declaration of **AMI SHAH**, affirmed on July 9, 2008, and upon the exhibits attached thereto, and the pleadings herein, Plaintiff, THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, will move this Court on the 14th day of August, 2008 at 11:30 a.m. in Room 23 A before Hon. Sidney H. Stein, United States District Judge, for an order pursuant to 55(b)(2) of the Federal Rules of Civil Procedure granting default judgment.

      **I declare under penalty of perjury that the foregoing is true and correct.**

Dated:   White Plains, New York
           July 9, 2008

                                                  _____
                                                  Fred N. Knopf (FNK4625)
                                                  Ami Shah (AS7812)
                                                  Attorneys for Plaintiff
                                                  Wilson Elser Moskowitz Edelman & Dicker LLP
                                                  3 Gannett Drive
                                                  White Plains, New York 10604