UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
THE UNITED STATES LIFE INSURANCE COMPANY :
IN THE CITY OF NEW YORK,                                              Case No. 08 Civ. 1482

                Plaintiff,
                                                : Hon. Sidney H. Stein
        v.

JORGE LUIS SANTANA, executor for Estate of MARIA           **NOTICE OF MOTION**
CORCINO PENA, and FRANCISCO ANTONIO GOMEZ,:

                Defendants.

------------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that upon the annexed declaration of **AMI SHAH**, affirmed on July 9, 2008, and upon the exhibits attached thereto, and the pleadings herein, Plaintiff, THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, will move this Court on the 14th day of August, 2008 at 11:30 a.m. in Room 23 A before Hon. Sidney H. Stein, United States District Judge, for an order pursuant to 55(b)(2) of the Federal Rules of Civil Procedure granting default judgment.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated:    White Plains, New York
           July 9, 2008

_____
Fred N. Knopf (FNK4625)
Ami Shah (AS7812)
Attorneys for Plaintiff
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, New York 10604

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

THE UNITED STATES LIFE INSURANCE COMPANY      Case No. 08-CV-1482
IN THE CITY OF NEW YORK,

                         Plaintiff,                       **CLERK'S CERTIFICATE**

                         v.

JORGE LUIS SANTANA, executor for Estate of MARIA
CORCINO PENA, and FRANCISCO ANTONIO GOMEZ,
                         Defendants.

-----------------------------------------------------------------X

      I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on February 13, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Francisco Antonio Gomez by personally serving Luisa Ines Almanzar, attorney to defendant Gomez, on April 30, 2008 and proof of such service was filed on May 28, 2008; and on defendant Jorge Luis Santana, executor for Estate of Maria Corcino Pena, by personal service, on March 4, 2008 and proof of such service was filed on May 21, 2008.

      I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants is hereby noted.

Dated: New York, New York

July 8, 2008

                                         J. MICHAEL MCMAHON
                                         Clerk of the Court

                          By: _____
                                         Deputy Clerk

-1-

2040789.1

Fred N. Knopf (FNK4625)
Ami Shah (AS7812)
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, New York 10604
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
THE UNITED STATES LIFE INSURANCE COMPANY    :
IN THE CITY OF NEW YORK,                                                   Case No. 08 Civ. 1482
                                                                                       :
                              Plaintiff,
                                                                                       :   Hon. Sidney H. Stein
              v.
                                                                                       :
JORGE LUIS SANTANA, executor for Estate of MARIA        **DEFAULT JUDGMENT**
CORCINO PENA, and FRANCISCO ANTONIO GOMEZ, :

                              Defendants.                              :

                                                                                       :
------------------------------------------------------------------ X

      This action having been commenced on February 13, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant Francisco Antonio Gomez by personally serving Luisa Ines Almanzar, attorney to defendant Gomez, on April 30, 2008 and proof of such service was filed on May 28, 2008; and on defendant Jorge Luis Santana, executor for Estate of Maria Corcino Pena, by personal service, on March 4, 2008 and proof of such service was filed on May 21, 2008, and the defendants not having answered the Complaint, and the time for answering the complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**: That the plaintiff has judgment against defendants including the following relief:

(a) the benefits under the Policy are not payable because there is no due proof of death;

(b) payment under the Policy has not been triggered because there is no due proof of death; and

(c) For such other relief the Court deems proper, just and equitable.

Dated:  White Plains, New York
          July 9, 2008

_____
U.S.D.J.

This document was entered on the docket on _____.