# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV. 1482                                      Date Filed: _____

Plaintiff:
**THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK**

vs.

Defendant:
**JORGE LUIS SANTANA, et al.**

Received by ASK Litigation Support, Inc. to be served on **JORGE LUIS SANTANA, 1309 91st Street, North Bergen, NJ 07047-4420**.

I, Simon Kahn, being duly sworn, depose and say that on the **29th day of July, 2008** at **7:30 pm**, I:

delivered a true copy of the **Notice of Motion** to Jorge Luis Santana, who identified him/herself to me and was served in hand, at the actual place of residence indicated above.

**Description** of Person Served:  Age: 47,  Sex: M,  Race/Skin Color: Hispanic,  Height: 5'10",  Weight: 200,  Hair: Blacl,  Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/12/08___
               Date

Simon Kahn
0842361

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
211 East 43rd Street, Suite 1901
New York, NY  10017
(212) 481-9000
Our Job Serial Number: 2008000460